WILLIAM C. JONES, Appellant, *v.* FRANK SEAMAN et al., Respondents.

*Jones* v. *Seaman*, 133 App. Div. 127, affirmed.
(Argued December 1, 1910; decided December 16, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered June 15, 1909, affirming a judgment in favor of plaintiff entered upon a verdict directed by the court in an action of replevin.

*Henry J. McCormick* for appellant.

*Waldo G. Morse* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and COLLIN, JJ.

---

HENRY C. GRIFFIN, Respondent, *v.* GUSTAV ERNST, Appellant, Impleaded with Another.

*Griffin* v. *Ernst*, 130 App. Div. 877, affirmed.
(Argued December 8, 1910; decided December 16, 1910.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered January 13, 1909, affirming a judgment in favor of plaintiff entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Edward Herrmann* for appellant.

*Franklin Pierce* for respondent.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., HAIGHT, WILLARD BARTLETT, HISCOCK, CHASE and COLLIN, JJ. Absent: WERNER, J.